IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DALE E. MICHAEL, et al.**,

**Plaintiffs,**

**v.**

**PAUL THOMPSON, et al.,**

**Defendants.**　　　　　　　　　　　　　　No. 07-0838-DRH

### ORDER

**HERNDON, Chief Judge:**

　　Now before the Court is Defendants' motion for expedited briefing and consideration of motion to dismiss (Doc. 11). Said motion is **GRANTED**. The Court **ORDERS** Plaintiffs to file a response to Defendants' motion to dismiss no later than noon on December 13, 2007.

　　**IT IS SO ORDERED.**

　　Signed this 11th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/　　　David R Herndon
　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　**United States District Court**